Name: Vikki Briggs (AKA Vicki)
Street Address: -Have to Run- (Stolen Home = 14412 meadow Dr Grass Valley Ca 95945)
City and County: Sac Cty / Nev Cty -use Address) 9533 Spring Oaks Elk Grove Ca 95758 (?)
State and Zip Code: Cal 95828 95678
Telephone Number: -All stolen/hacked/wont work C/o- Ashton Briggs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Vikki Lynn Briggs
Tyler "Ashton" Coty Briggs (son)
[illegible]

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Complaint for a Civil Case

Case No. 2:20 CV 1753 TLN DB

(to be filled in by the Clerk's Office)

Jury Trial:   ☐ Yes   ☐ No
(check one)

-against-

Vladimir Putin (P- Gavin Newsom
State of Calif - City of Sac -Lee & Assoc
Sheraton Grand Hotel
F.P.I

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Vikki Briggs
   Street Address: "In between"
   City and County: Sac City / Neo City
   State and Zip Code: CA / 95814
   Telephone Number: All stolen / or will not work
   Post Box / Beeker Street

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Vladimir Putin
   Job or Title (if known): President of Russia
   Street Address: UL 23 Moscow
   City and County: Moscow
   State and Zip Code: 
   Telephone Number: ?

   Defendant No. 2
   Name: Sheraton Grand Hotel
   Job or Title (if known): 
   Street Address: 16th or 17th
   City and County: Sac
   State and Zip Code: CA
   Telephone Number: 916-477-1700

2

Defendant No. 3

 Name    Calvin Cleen

 Job or Title
 (if known)

 Street Address

 City and County

 State and Zip Code

 Telephone Number

Defendant No. 4

 Name

 Job or Title
 (if known)

 Street Address

 City and County

 State and Zip Code

 Telephone Number

## II.   Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

 ☐ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Theft of Intellectual Prop / Soverign Personal u p Property / + Gold mines

-Nuded Lote

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, (name) Viyla Briggs is a citizen of the State of (name) Cali.

   Crispr yes - Potated by others

   b. If the plaintiff is a corporation
   The plaintiff, (name) Cells , is incorporated under the laws of the State of (name) _____
   and has its principal place of business in the State of (name) _____. Sub

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual    Putin
   The defendant, (name) Vladimir, is a citizen of the State of (name) Russia. Or is a citizen of (foreign nation) Russia.

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: $400 Billion
153 bln in Pharma I.P. Os - Moderna
B10 -
cryst
Pfizer

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Crispr - Me/New Son / Cloned Son
Cloned Cells/ - I.V.F. Use - Food Use
Ports - Home Stolen / Goldmine Stolen
Mother - Massive Power - Coersion + Murder
Negligence - Malpractice -

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*All body/Mind/DNA manipulation - Pain Suffering*
*40 billion + Property - 200,bln - suu[?] Stolen*
*Home Stolen / Child Stolen to USA/Cars Stolen*
*Unlawful Set-up w/ Nathan Hutson - Sheriff Lied on Stand*
*Electro Magnetic PAIN w/ Manip + Port*

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support —Now— after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. *if not Killed*

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-1-, 2020

Signature of Plaintiff: Vikki Briggs (Blood of veronica veil) ++

Printed Name of Plaintiff: Vikki Lynn Briggs