UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKKI LYNN BRIGGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VLADIMIR PUTIN, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-01753-TLN-DB<br><br>**ORDER** |

Plaintiff Vikki Lynn Briggs ("Plaintiff") is proceeding *pro se* in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 5, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. (ECF No. 3.) The thirty-day period has expired and Plaintiff has not filed any objections.

Although it appears from the docket that Plaintiff's copy of the findings and recommendations were returned as undeliverable, Plaintiff was properly served. It is the Plaintiff's responsibility to keep the Court apprised of Plaintiff's current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1     The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed November 5, 2020 (ECF No. 3), are ADOPTED IN FULL;

    2. Plaintiff's September 1, 2020 application to proceed in forma pauperis (ECF No. 2) is DENIED;

    3. Plaintiff's September 1, 2020 complaint (ECF No. 1) is DISMISSED without prejudice; and

    4. This action is dismissed.

    IT IS SO ORDERED.

Dated:  February 15, 2021

Troy L. Nunley
United States District Judge

2